UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD ROY GIBBONS,<br><br>              Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>              Defendants. | CASE NO. C15-5444 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION |

This matter comes before the Court on Plaintiff Todd Ray Gibbons's ("Gibbons") motion to withdraw complaint (Dkt. 5).

On June 25, 2015, Gibbons filed a motion to proceed *in forma pauperis* and the proposed complaint. In his complaint, Gibbons cites a previous case filed in this district (*Gibbons v. Honorable Bob Ferguso, et al.,* Cause No. 13-5189-BHS) and seeks to consolidate three closed cases: *Elkins, et al. v. Dreyfus*, Cause No. 10-1366 (W.D. Wash.), *Bennett v. Astrue*, Cause No. 11-5224 (W.D. Wash.), and *Gibbons v. McKenna*, Cause No. 12-5793 (W.D. Wash). Dkt. 1, Exh. 1. Although Gibbons claims that he was

1 improperly denied government benefits, he concedes in his complaint that all of his

2 claims have been adjudicated. *Id*. In this new case, he seeks to reopen those cases and

3 relitigate his claims. *Id*.

4       On July 16, 2015, the Court denied Gibbons's motion and dismissed his

5 complaint. Dkt. 5. On July 31, 2015, Gibbons filed the instant motion requesting that the

6 Court withdraw his complaint and proceed with a separate consolidated action. Dkt. 5.

7       The Court is unaware of and Gibbons fails to cite any authority for withdrawing a

8 complaint. Moreover, the Court has dismissed the complaint and Gibbons has not been

9 charged a filing fee. Thus, the substance of the complaint is moot.

10       With regard to proceeding with or reopening a separate action, Gibbons must file

11 the appropriate motion in the appropriate case. Therefore, Gibbons's motion is

12 **DENIED**.

13       **IT IS SO ORDERED**.

14       Dated this 17th day of August, 2015.

                              BENJAMIN H. SETTLE
                              United States District Judge